UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

Index No.. 07-CIV-8405 (CLB)

Plaintiffs,    **VOLUNTARY NOTICE**
**OF DISMISSAL & ORDER**

-against-

METALTECK INCORPORATED,

Defendants.

-----------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the

plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above

entitled action.

Dated: October 10, 2007
Elmsford, New York

Dana L. Henke, Esq. (DLH3025)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED  October 10, 2007

Charles Brieant

Honorable Charles L. Brieant, U S.D.J.